ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App.P.; Golden v. Golden, 681 So.2d 605 (Ala.Civ.App.1996); Hodge v. Hovey, 679 So.2d 1145 (Ala.Civ.App.1996); Parrish v. Parrish, 617 So.2d 1036 (Ala.Civ.App. *801 1993); and Shirley v. Shirley, 600 So.2d 284 (Ala.Civ.App.1992).
YATES, MONROE, and THOMPSON, JJ., concur.
CRAWLEY, J., concurs in part and dissents in part.